IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )
vs.                                )          No. 07-4009-02-CR-C-SOW
                                   )
ROBERT ALLEN HOCKS,                )
                                   )
                    Defendant.     )

## ORDER

Before the Court is the Report and Recommendation (*see* Doc. # 93) of United States

Magistrate Judge William A. Knox regarding defendant Robert Allen Hocks' Motion to

Suppress Evidence (Doc. # 75).  On November 7, 2008, defendant Hocks filed Objections to the

Report and Recommendation.  Defendant Hocks argues that the search warrant affidavit omitted

material information critical to the probable cause determination.  Specifically, defendant argues

that the entire affidavit is based upon the statements of the "cooperating citizen" and, therefore,

lacks sufficient probable cause.  However, after considering defendant's objection, the Court

disagrees.  After making a thorough review of the record and applicable law, the Report and

Recommendation of the Magistrate Judge in this case is both thorough and well-reasoned.  This

Court agrees with the recommendation and sees no reason to comment further.

Accordingly, it is hereby

ORDERED that defendant Robert Allen Hocks' Motion to Suppress Evidence (Doc. #

75) is denied.

___/s/ Scott O. Wright_____
SCOTT O. WRIGHT
Senior United States District Judge

Dated: __11/20/2008_____