IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07-4009-02-CR-C-SOW |
| ) | |
| ROBERT ALLEN HOCKS, ) | |
| ) | |
| Defendant. ) | |

ORDER

Before this Court are the Report and Recommendation of United States Magistrate William A. Knox regarding defendant Robert Hocks' Motion for Expedited Disclosure of Confidential Informant(s) (Doc. #81) and defendant Hocks' Objections. The Report and Recommendation of the Magistrate in this case is both thorough and well-reasoned. This Court agrees with this recommendation and sees no reason to comment further. Accordingly, it is hereby

ORDERED that defendant's Motion for Expedited Disclosure of Confidential Informant(s) (Doc. #81) is denied.

               /s/ Scott O. Wright
               SCOTT O. WRIGHT
               Senior United States District Judge

Date: 12/18/2008