IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 07-4009-CR-C-SOW |
| ) | |
| ROBERT A. HOCKS, ) | |
| ) | |
| Defendant. ) | |

ORDER

Before the Court is a Report and Recommendation Concerning Plea of Guilty (Doc. #171) from Magistrate Judge William A. Knox. Defendant Robert Hocks appeared before Magistrate Judge Knox on September 22, 2009, and entered a plea of guilty to Count I of the superseding indictment filed on April 3, 2009. Based upon the Report and Recommendation, it is hereby

ORDERED that defendant Robert Hocks' plea of guilty is accepted and defendant Hocks is adjudged guilty. It is further

ORDERED that a presentence investigation report be prepared on defendant Robert Hocks.

      /s/ Scott O. Wright
      SCOTT O. WRIGHT
      Senior United States District Judge

DATED:  9/25/2009